IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| | : | |
| Angela M. Burdge | : | Case No.: 13-02747 |
| Brady V Burdge | : | Chapter 13 |
| | : | Judge Mary D. France |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                       Respectfully submitted,

                                                                         /s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-031884_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Angela M. Burdge | : | Case No.: 13-02747 |
| Brady V Burdge | : | Chapter 13 |
| | : | Judge Mary D. France |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Donald Zagurskie, Attorney for Angela M. Burdge and Brady V Burdge, 117 Main STreet, PO Box O, Mifflin, PA 17058, jzmlawbecky@nmax.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on November 22, 2016:

Angela M. Burdge, 25341 Rt 75 S, Port Royal, PA 17082

Brady V Burdge, 25341 Route 75 S, Port Royal, PA 17082

Angela M. Burdge and Brady V Burdge, RR1 Box 974, Port Royal, PA 17082


DATE: _November 22, 2016_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

16-031884_PS

> Attorneys for Creditor
> The case attorney for this file is Karina Velter.
> Contact email is kvelter@manleydeas.com

16-031884_PS