# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brady V Burdge and Angela M Burdge <br>        <u>Debtor(s)</u> | BKY. NO. 13-02747 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4642

                                             Respectfully submitted,

                                             **/s/ Thomas Puleo** <br>
                                             Thomas Puleo, Esquire <br>
                                             James C. Warmbrodt, Esquire <br>
                                             KML Law Group, P.C. <br>
                                             701 Market Street, Suite 5000 <br>
                                             Philadelphia, PA 19106-1532 <br>
                                             (215) 825-6306  FAX (215) 825-6406 <br>
                                             Attorney for Movant/Applicant