```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 13-02747-RNO
Brady V Burdge                                                      Chapter 13
Angela M Burdge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach           Page 1 of 1          Date Rcvd: Sep 18, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
db/jdb         +Brady V Burdge,   Angela M Burdge,   25341 Route 75 S,   Port Royal, PA 17082-7516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald    Zagurskie    on behalf of Debtor Brady V Burdge jzmlawbecky@nmax.net
              Donald    Zagurskie    on behalf of Joint Debtor Angela M Burdge jzmlawbecky@nmax.net
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela M. Burdge<br>Brady V. Burdge<br>                    Debtors | Chapter 13 |
| NATIONSTAR MORTGAGE, LLC<br>              v.<br>Angela M. Burdge<br>Brady V. Burdge<br>             and<br>Charles J. DeHart, III Esq.<br>                    Trustee | NO. 13-02747 RNO |

## ORDER

    Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on August 14, 2014, it is ORDERED AND DECREED that:

    The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Reform Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to allow NATIONSTAR MORTGAGE, LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to, Sheriff's Sale regarding the premises RR 1 Box 974 Port Royal, PA 17082.

By the Court,

*/s/ Robert N. Opel II*
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 15, 2017

Case 1:13-bk-02747-RNO    Doc 65    Filed 09/20/17    Entered 09/21/17 00:57:41    Desc
Imaged Certificate of Notice    Page 2 of 2