# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Brady V Burdge, Angela M Burdge**
Debtor(s)

Case No. **1-13-bk-02747-RNO**
Chapter **13**

## RULE 1019 SCHEDULE OF POST PETITION DEBTS

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | Geisinger Health System<br>PO Box 27727<br>Newark, NJ 07101-7727 | Unsecured claims | 110.85 |
| 2. | Geisinger Lewistown Hospital<br>PO Box 983140<br>Boston, MA 02298-3140 | Unsecured claims | 536.32 |

## DECLARATION

We, the above named Debtor(s), declare under penalty of perjury that we have read the foregoing Rule 1019 Schedule of Post Petition Debts and that it is true and correct to the best of our information and belief.

Date 10/3/2017    Signature /s/ Brady V. Burdge
**Brady V Burdge**
Debtor

Date 10/3/2017    Signature /s/ Angela M. Burdge
**Angela M Burdge**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.