```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 13-02747-RNO
Brady V Burdge                                                  Chapter 7
Angela M Burdge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach              Page 1 of 1              Date Rcvd: Oct 05, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
db/jdb         +Brady V Burdge,    Angela M Burdge,    25341 Route 75 S,    Port Royal, PA 17082-7516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
              Donald   Zagurskie    on behalf of Debtor Brady V Burdge jzmlawbecky@nmax.net
              Donald   Zagurskie    on behalf of Joint Debtor Angela M Burdge jzmlawbecky@nmax.net
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| BRADY V. BURDGE and | : | No. 1-13-bk-02747 |
| ANGELA M. BURDGE, | : | |
| | : | |
| Debtors | : | |

# ORDER CONVERTING CASE

Upon motion of Debtors, and having been determined that the above-referenced case should be converted, it is

ORDERED that this case be and is hereby converted from a case under 11 U.S.C. Chapter 13 to a case under 11 U.S.C. Chapter 7, and it is further

ORDERED that the present trustee be and hereby is discharged.

By the Court,

Dated: October 4, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)