```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 13-02747-RNO
Brady V Burdge                                                      Chapter 7
Angela M Burdge
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach            Page 1 of 2         Date Rcvd: Oct 13, 2017
                              Form ID: 309A            Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.
```
db/jdb         +Brady V Burdge,    Angela M Burdge,    25341 Route 75 S,    Port Royal, PA 17082-7516
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Karina Velter,    Manley Deas Kochalski LLC,    PO Box 165028,    Columbus, OH 43216-5028
aty            +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Lawrence G. Frank (Trustee),    100 Aspen Drive,    Dillsburg, PA 17019-9621
4322122         BUREAU OF ACCOUNT MANAGEMENT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,
                 CAMP HILL, PA 17001-8875
4322123        +BUREAU OF ACCOUNT MANAGEMENT,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4322124        +CENTRYLINK,    C/O ENHANCED RECOVERY COMPANY,    PO BOX 1259 DEPT 98696,    OAKS, PA 19456-1259
4322126        +CPRS PHYSICAL THERAPY,    75 EVELYN DRIVE,    MILLERSBURG, PA 17061-1258
4322128         EMERG CARE SERV OF PA PC,    PO BOX 740021,    CINCINNATI, OH 45274-0021
4322129         GEISINGER,    100 NORTH AVADEMY AVENUE,    DANVILLE, PA 17822-3941
4976253         Geisinger Health System,    PO Box 27727,    Newark, NJ 07101-7727
4976254         Geisinger Lewistown Hospital,    PO Box 983140,    Boston, MA 02298-3140
4322130        +KML LAW GROUP PC,    SUITE 5000,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1541
4322131         LEWISTOWN HOSPITAL,    C/O BUREAU OF ACCT MANAGEMENT,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4322133         MATCO TOOLS,    DAVID R HAMMAKER,    340 NEW BLOOMFIELD RD,    DUNCANNON, PA 17020-9503
4322134         NATIONAL RECOVERY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4322135       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE LLC,    350 HIGHLAND DRIVE,
                 LEWISVILLE, TX 75067)
4858740         Nationstar Mortgage LLC,    c/o Manley, Deas & Kochalski, LLC,    P.O. Box 165028,
                 Columbus, Ohio 43216-5028
4322136        +OPTIMAL RADIOLOGY,    PO BOX 292999,    NASHVILLE, TN 37229-2999
4322137         PENN CREDIT CORP,    PO BOX 988,    HARRISBURG, PA 17108-0988
4322138        +PENNSYLVANIA HOUSING FINANCE,    PO BOX 15057,    HARRISBURG, PA 17105-5057
4322140        +SHIPLEY ENERGY,    415 NORWAY STREET,    YORK, PA 17403-2531
4322141        +YORK CREDIT BUREAU,    33 S DUKE ST,    YORK, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jzmlawbecky@nmax.net Oct 13 2017 18:57:18     Donald Zagurskie,
                 Johnston & Zagurskie, PC,    117 Main Street,    PO Box O,    Mifflin, PA 17058
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 13 2017 18:58:02     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4322121        +E-mail/Text: banko@berkscredit.com Oct 13 2017 18:57:27     BERKS CREDIT & COLLECTIONS INC,
                 PO BOX 329,    TEMPLE, PA 19560-0329
4322125        +EDI: CMIGROUP.COM Oct 13 2017 19:03:00     COMCAST CHICAGO SECONDS,    C/O CREDIT MANAGEMENT,
                 4200 INTERNATIONAL,    CARROLLTON, TX 75007-1912
4322127        +E-mail/Text: bknotice@erccollections.com Oct 13 2017 18:58:04     DISH NETWORK,
                 C/O ENHANCED RECOVERY CO,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
4322132        +E-mail/Text: bshaas@geisinger.edu Oct 13 2017 18:58:01     LEWISTOWN HOSPITAL,
                 ATTN: BILLING DEPARTMENT,    400 HIGHLAND AVENUE,    LEWISTOWN, PA 17044-1198
4387559         EDI: RESURGENT.COM Oct 13 2017 19:04:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Sears National Bank,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4387845         EDI: RESURGENT.COM Oct 13 2017 19:04:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of NCO Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4330420        +E-mail/Text: bshaas@geisinger.edu Oct 13 2017 18:58:01     Lewistown Hospital,
                 400 Highland Ave,    Lewistown, PA 17044-1198
4352759         E-mail/Text: blegal@phfa.org Oct 13 2017 18:58:03     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
4322139        +EDI: JEFFERSONCAP.COM Oct 13 2017 19:05:00     PREMIER BANKCARD LLC,
                 C/O JEFFERSON CAPITAL SYSTEMS,    16 MCLELAND ROAD,    SAINT CLOUD, MN 56303-2198
4337582        +E-mail/Text: bmg.bankruptcy@centurylink.com Oct 13 2017 18:58:05
                 The United Telephone Company of Pennsylvania, LLC,    CenturyLink Bankruptcy,    359 Bert Kouns,
                 Shreveport LA 71106-8124
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4389568*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:

              Donald   Zagurskie    on behalf of Debtor 1 Brady V Burdge jzmlawbecky@nmax.net
              Donald   Zagurskie    on behalf of Debtor 2 Angela M Burdge jzmlawbecky@nmax.net
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Brady V Burdge** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | xxx–xx–8707 <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Angela M Burdge** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | xxx–xx–3834 <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed in chapter **13** | **May 28, 2013** |
| Case number: | **1:13–bk–02747–RNO** | Date case converted to chapter **7** | **October 4, 2017** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Brady V Burdge | Angela M Burdge |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 25341 Route 75 S <br> Port Royal, PA 17082 | 25341 Rt 75 S <br> Port Royal, PA 17082 |
| 4. | **Debtor's attorney** <br> Name and address | Donald Zagurskie <br> Johnston & Zagurskie, PC <br> 117 Main Street <br> PO Box O <br> Mifflin, PA 17058 | Contact phone 717 436–8044 <br><br> Email: jzmlawbecky@nmax.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Lawrence G. Frank (Trustee) <br> 100 Aspen Drive <br> Dillsburg, PA 17019 | Contact phone 717 234–7455 <br><br> Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: October 13, 2017 |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 1, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** January 30, 2018 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Case 1:13-bk-02747-RNO    Doc 74    Filed 10/15/17    Entered 10/16/17 00:44:20    Desc
Imaged Certificate of Notice    Page 4 of 4