```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania

In re:                                                      Case No. 13-02747-HWV
Brady V Burdge                                              Chapter 7
Angela M Burdge
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach            Page 1 of 2          Date Rcvd: Feb 07, 2018
                              Form ID: 318             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
db/jdb          +Brady V Burdge,    Angela M Burdge,    25341 Route 75 S,    Port Royal, PA 17082-7516
4322122          BUREAU OF ACCOUNT MANAGEMENT,     3607 ROSEMONT AVE STE 502,    PO BOX 8875,
                  CAMP HILL, PA 17001-8875
4322123         +BUREAU OF ACCOUNT MANAGEMENT,     PO BOX 8875,    CAMP HILL, PA 17001-8875
4322124         +CENTRYLINK,    C/O ENHANCED RECOVERY COMPANY,    PO BOX 1259 DEPT 98696,    OAKS, PA 19456-1259
4322126         +CPRS PHYSICAL THERAPY,    75 EVELYN DRIVE,    MILLERSBURG, PA 17061-1258
4322128          EMERG CARE SERV OF PA PC,    PO BOX 740021,    CINCINNATI, OH 45274-0021
4322129          GEISINGER,    100 NORTH AVADEMY AVENUE,    DANVILLE, PA 17822-3941
4976253          Geisinger Health System,    PO Box 27727,    Newark, NJ 07101-7727
4976254          Geisinger Lewistown Hospital,    PO Box 983140,    Boston, MA 02298-3140
4322130         +KML LAW GROUP PC,    SUITE 5000,   701 MARKET STREET,    PHILADELPHIA, PA 19106-1541
4322131          LEWISTOWN HOSPITAL,    C/O BUREAU OF ACCT MANAGEMENT,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4322133          MATCO TOOLS,    DAVID R HAMMAKER,    340 NEW BLOOMFIELD RD,    DUNCANNON, PA 17020-9503
4322134          NATIONAL RECOVERY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4322135         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE LLC,     350 HIGHLAND DRIVE,
                  LEWISVILLE, TX 75067)
4858740          Nationstar Mortgage LLC,    c/o Manley, Deas & Kochalski, LLC,    P.O. Box 165028,
                  Columbus, Ohio 43216-5028
4322136         +OPTIMAL RADIOLOGY,    PO BOX 292999,    NASHVILLE, TN 37229-2999
4322137          PENN CREDIT CORP,    PO BOX 988,   HARRISBURG, PA 17108-0988
4322138         +PENNSYLVANIA HOUSING FINANCE,    PO BOX 15057,    HARRISBURG, PA 17105-5057
4322140         +SHIPLEY ENERGY,    415 NORWAY STREET,    YORK, PA 17403-2531
4322141         +YORK CREDIT BUREAU,    33 S DUKE ST,    YORK, PA 17401-1401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4322121         +E-mail/Text: banko@berkscredit.com Feb 07 2018 18:53:30      BERKS CREDIT & COLLECTIONS INC,
                  PO BOX 329,    TEMPLE, PA 19560-0329
4322125         +EDI: CMIGROUP.COM Feb 07 2018 18:58:00      COMCAST CHICAGO SECONDS,    C/O CREDIT MANAGEMENT,
                  4200 INTERNATIONAL,    CARROLLTON, TX 75007-1912
4322127         +E-mail/Text: bknotice@ercbpo.com Feb 07 2018 18:53:42      DISH NETWORK,
                  C/O ENHANCED RECOVERY CO,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
4322132         +E-mail/Text: bshaas@geisinger.edu Feb 07 2018 18:53:39      LEWISTOWN HOSPITAL,
                  ATTN: BILLING DEPARTMENT,    400 HIGHLAND AVENUE,    LEWISTOWN, PA 17044-1198
4387559          EDI: RESURGENT.COM Feb 07 2018 18:58:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Sears National Bank,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
4387845          EDI: RESURGENT.COM Feb 07 2018 18:58:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of NCO Portfolio Management,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
4330420         +E-mail/Text: bshaas@geisinger.edu Feb 07 2018 18:53:39      Lewistown Hospital,
                  400 Highland Ave,    Lewistown, PA 17044-1198
4352759          E-mail/Text: blegal@phfa.org Feb 07 2018 18:53:41       PHFA/HEMAP,    211 NORTH FRONT ST,
                  PO BOX 8029,    HARRISBURG, PA 17105
4322139         +EDI: JEFFERSONCAP.COM Feb 07 2018 18:58:00      PREMIER BANKCARD LLC,
                  C/O JEFFERSON CAPITAL SYSTEMS,    16 MCLELAND ROAD,    SAINT CLOUD, MN 56303-2198
4337582         +E-mail/Text: bmg.bankruptcy@centurylink.com Feb 07 2018 18:53:42
                  The United Telephone Company of Pennsylvania, LLC,    CenturyLink Bankruptcy,    359 Bert Kouns,
                  Shreveport LA 71106-8124
                                                                                               TOTAL: 10

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4389568*        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     PO Box 619096,   Dallas, TX 75261-9741)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
          Donald   Zagurskie    on behalf of Debtor 1 Brady V Burdge jzmlawbecky@nmax.net
          Donald   Zagurskie    on behalf of Debtor 2 Angela M Burdge jzmlawbecky@nmax.net
          James  Warmbrodt     on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
          Joshua I Goldman     on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
          Lawrence G. Frank (Trustee)   lawrencegfrank@gmail.com,  PA39@ecfcbis.com
          Thomas I Puleo   on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Brady V Burdge** | Social Security number or ITIN | xxx–xx–8707 |
| | First Name  Middle Name  Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | **Angela M Burdge** | Social Security number or ITIN | xxx–xx–3834 |
| | First Name  Middle Name  Last Name | EIN | __–_____ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | | |
| Case number:  **1:13–bk–02747–HWV** | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brady V Burdge         Angela M Burdge

**By the court:**         /s/ Henry W. Van Eck

February 7, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: CKovach, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318        **Order of Discharge**        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**