```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 13-02747-HWV
Brady V Burdge                                                      Chapter 7
Angela M Burdge
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-1         User: CKovach          Page 1 of 1          Date Rcvd: Feb 07, 2018
                             Form ID: fnldec        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db/jdb         +Brady V Burdge,   Angela M Burdge,   25341 Route 75 S,   Port Royal, PA 17082-7516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
              Donald   Zagurskie    on behalf of Debtor 2 Angela M Burdge jzmlawbecky@nmax.net
              Donald   Zagurskie    on behalf of Debtor 1 Brady V Burdge jzmlawbecky@nmax.net
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brady V Burdge<br>25341 Route 75 S<br>Port Royal, PA 17082 | Chapter 7<br>Case No. 1:13−bk−02747−HWV |
| Angela M Burdge<br>25341 Rt 75 S<br>Port Royal, PA 17082 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−8707
xxx−xx−3834

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Lawrence G. Frank (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 7, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CKovach, Deputy Clerk